IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HOOVER REYNOLDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-791-WKW |
| | ) | [WO] |
| LEON BOLLING, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On June 18, 2018, the Magistrate Judge filed a Recommendation (Doc. # 9) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED; and

2. Mr. Hoover Reynold's 28 U.S.C. § 2254 petition is DISMISSED without prejudice pursuant to 28 U.S.C. § 2244(b).

A final judgment will be entered separately.

On another note, the Clerk of the Court is DIRECTED to substitute Steven T. Marshall for Luther Strange as Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

DONE this 27th day of July, 2018.

                                        /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE